# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAR 2 8 2000**

Michael N. Milby, Clerk of Court

*4.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.  C-00-027 |
| | § | (Claim No. 93083) |
| JULIANNE ALEGRIA, | § | |
| | § | |
| Defendant. | § | |

# Agreed Judgment

1.   On the agreement of the parties, it is adjudged that the USA recover from Julianne Alegria:

**Claim No. 93083:**

A.   Principal of $17,491.51;

B.   Prejudgment interest of $4,301.62 to November 9, 1998, and daily accrual of $3.83 per diem (8.00% per annum) until the date of judgment;

C.   Attorney's fees of $550.00;

D.   Post-judgment interest at **6.19 %** per annum.

Julianne Alegria will make monthly payments of $300.00, beginning March 25, 2000 and continue to make monthly payments in that amount on the same day of each month for one hundred and two (102) months.

2.   Monthly payments will be mailed to:     Central Intake Facility
United States Department of Justice
P. O. Box 198558
Atlanta, Georgia  30384.

3.   Execution may issue immediately if the defendant defaults on payment.

Signed _____**3-24**_____, 2000, at Corpus Christi, Texas.

United States District Judge

Approved and Entry Requested:

By: _M. H. Cersonsky_

M. H. Cersonsky, TBA#0408500
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

By: _Julianne Alegria_

Julianne Alegria,
Defendant, Pro Se
1402 E. Yoakum Avenue
Kingsville, TX 78363